

March 27, 2024

Hon. James L. Cott
United Stated District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

RE: **KARIM v. CHURCH & DWIGHT CO., INC.**
     **DOCKET NO. 1:23-cv-11279**

Dear Judge Cott:

    The undersigned represents Jessica Karim, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

    The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next thirty (30) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties thirty (30) days to finalize settlement.

    Thank you for your time and consideration on this matter.

                                             Respectfully,

                                             Gabriel A. Levy